UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV11-00681-WDK(FMOx) | Date | March 19, 2013 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Henry R. Clark et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**  (IN CHAMBERS)

On July 16, 2012 the ADR Panel filed a Mediation Report establishing that the parties were unable to reach a settlement agreement.  On July 17, 2012 Magistrate Judge Olguin issued a minute order directing the parties to contact the District Judge's courtroom deputy clerk to place the matter back on calendar.  The parties have failed to comply with the Magistrate Judge's instruction.  Within ten (10) days of this order, Plaintiff is to show cause in writing why the action should not be dismissed for failure to prosecute and comply with the Court's order.

IT IS SO ORDERED.

:

Initials of Preparer    PG